No. 1282, Misc. CAVANAUGH *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Gilbert F. Nelson* for petitioner. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Ronald M. George,* Deputy Attorney General, for respondent.

No. 1518, Misc. SCOLARI *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.

No. 1543, Misc. RANGEL *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. *John Cutler* for petitioner. *Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, *Hawthorne Phillips,* Executive Assistant Attorney General, *Robert C. Flowers* and *Gilbert J. Pena,* Assistant Attorneys General, and *W. V. Geppert* for respondent.

No. 1559, Misc. GURLESKI *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Edward Fenig* for the United States.

No. 1737, Misc. STOPPELMAN *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Leonard H. Dickstein* for the United States.

No. 1855, Misc. WARNOCK *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.